# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER JESTER, | Case No. EDCV 09-0158-JEM |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that Judgment be entered reversing the decision of the Commissioner and remanding the case for further administrative proceedings consistent with the Memorandum Opinion and Order.

DATED: January 27, 2010        /s/John E. McDermott
                              JOHN E. MCDERMOTT
                              UNITED STATES MAGISTRATE JUDGE